# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00557-CV

**William Gonzalez, Appellant**

**v.**

**Priscilla Irene Castanuela, Appellee**

### FROM THE DISTRICT COURT OF McCULLOCH COUNTY, 452ND JUDICIAL DISTRICT
### NO. 2009050, HONORABLE ROBERT R. HOFMANN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant William Gonzalez's brief was due on November 30, 2015. On December 9, 2015, the Clerk of this Court sent notice to appellant that his brief was overdue. The Clerk requested a response by December 21, 2015, and notified appellant that the appeal would be dismissed for want of prosecution if he did not respond to this Court by that date. He has not filed his brief or otherwise responded. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Prosecution

Filed: January 12, 2016